**WHITNEY P. BOISE, OSB No. 851570**
E-mail: whitney@boisematthews.com
BOISE MATTHEWS LLP
1400 Sixth+Main
1050 S.W. Sixth Avenue
Portland, Oregon  97204-1156
Telephone: (503) 228-0487
Facsimile:  (503) 227-5984

Of Attorneys for Defendant Brodie Storey

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) Case No. **3:20-CR-00330-SI** |
| | ) |
| v. | ) **DECLARATION IN SUPPORT OF** |
| | ) **DEFENDANT BRODIE STOREY'S** |
| | ) **UNOPPOSED MOTION FOR** |
| **BRODIE STOREY,** | ) **CONTINUANCE OF TRIAL** |
| | ) |
| Defendant. | ) |
| | ) |

I, WHITNEY P. BOISE, hereby declare and say as follows:

1. I have been appointed pursuant to the Criminal Justice Act to represent the defendant, Brodie Storey.

//

Page 1 -   DECLARATION IN SUPPORT OF DEFENDANT BRODIE STOREY'S
           UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

**B OISE MATTHEWS LLP**
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon  97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

2. Mr. Storey is charged by Information with one count of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a).

3. Mr. Storey is currently on pretrial release.

4. Counsel and the government have reached a resolution of this case. As part of the agreement defendant agrees to request a continuance of trial for six months to allow him sufficient time to fulfill the conditions of the agreement.

5. Assistant United States Attorney Ashley Cadotte has advised that the government has no objection to the allowance of this motion.

6. I have advised Mr. Storey of his right to a speedy trial pursuant to statute and the Constitution. Mr. Storey advised me he waives his right to a speedy trial for the duration of the continuance allowed by the Court should this motion be granted.

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

DATED this 9th day of October, 2020.

/s/ Whitney P. Boise
WHITNEY P. BOISE

Page 2 -   DECLARATION IN SUPPORT OF DEFENDANT BRODIE STOREY'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon  97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION IN SUPPORT OF DEFENDANT BRODIE STOREY'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL on the following attorney by causing it to be electronically filed on the 9th day of October, 2020.

>Ashley R. Cadotte
>Assistant United States Attorney
>United States Attorney's Office
>Suite 600
>1000 S.W. Third Avenue
>Portland, OR 97204-2902

>BOISE MATTHEWS EWING LLP
>
>*/s/ Whitney P. Boise*
>WHITNEY P. BOISE, OSB No. 851570
>(503) 228-0487
>Of Attorneys for Defendant
>Brodie Storey

CERTIFICATE OF SERVICE

BOISE MATTHEWS LLP
1050 S.W. Sixth Avenue, Suite 1400
Portland, Oregon 97204-1156
Telephone: 503-228-0487
Facsimile: 503-227-5984