SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00330-SI |
| v. | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **BRODIE STOREY,** | |
| Defendant. | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: March 4, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney